**RETURN RECEIPT FOR PRE-SENTENCE REPORT AND SENTENCING RECOMMENDATION**

Case Name: USA v. Jerry Dean Peters

Case Number: 01-20011

The appeal time having expired and/or the appeal having been concluded, the original Violation Report filed 1/16/04 was returned to the U.S. Probation Office on March 17, 2005.

Received by:

S/Jane Newlin
U.S. Probation Office

Date: March 17, 2005